CITY OF CENTER LINE *v.* METROPOLITAN
RENEWAL CORPORATION

MUNICIPAL CORPORATIONS—BUILDING CODE—ENFORCEMENT—EQUITY
—ESTOPPEL.
> Estoppel will not bar a municipal corporation from enforcement
> of its building code in the absence of exceptional circum-
> stances.

Appeal from Macomb, Gallagher (Edward J.), J. Submitted Division 2 January 10, 1969, at Lansing. (Docket No. 5,147.)   Decided January 29, 1969. Leave to appeal granted June 20, 1969.   See 382 Mich 764.

Complaint by the City of Center Line, a municipal corporation, against Metropolitan Renewal Corporation, a Michigan corporation, to restrain further violation of plaintiff's building code.   Plaintiff's motion for summary judgment granted.   Defendant appeals.   Affirmed.

*Roy W. Rogensues,* for plaintiff.

*Gruenburg, Robinson & Bogus,* for defendant.

PER CURIAM.   The City of Center Line, a municipal corporation, brought suit against Metropolitan Renewal Corporation, a Michigan corporation, for violation of the Center Line building code.   Both

---

REFERENCE FOR POINTS IN HEADNOTE
28 Am Jur 2d, Estoppel and Waiver §§ 128–130.

parties moved for summary judgment, and summary judgment was granted in plaintiff's favor.

An examination of the record and briefs discloses that summary judgment was properly granted. Estoppel will not bar enforcement of an ordinance, *City of Hillsdale* v. *Hillsdale Iron & Metal Company, Inc.* (1960), 358 Mich 377, absent exceptional circumstances, *Township of Pittsfield* v. *Malcolm* (1965), 375 Mich 135. This record presents no such circumstances.

Affirmed.

QUINN, P. J., and McGREGOR and V. J. BRENNAN, JJ., concurred.